United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROBERT EPPSTEIN,

　　　　　Plaintiff,

　　　v.

CHRISTINE MARIE GARCIA, et al.,

　　　　　Defendants.

Case No.　14-cv-01317-JD

**ORDER DISMISSING CASE**

Plaintiff, a state prisoner, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that an article in the San Jose Mercury News regarding his conviction defamed him.  Court records indicate the plaintiff has previously filed this same claim in Case No. 14-cv-0247-MEJ and in Case No. 14-cv-0730-MEJ.  The Court dismissed the complaint with leave to amend in Case No. 14-cv-0247-MEJ and is awaiting an amended complaint.  This case is therefore **DISMISSED** as duplicative.  *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007).

　　　　**IT IS SO ORDERED.**

Dated:  May 19, 2014

_____

JAMES DONATO
United States District Judge

14-cv-01317-JD-_dis